**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02819-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  February 17, 2011** | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| ZAYED OBEIDAT, | Eric Hayes Petty |
| JAMILEH OBEIDAT, | |
| Plaintiffs, | |
| v. | |
| MARWAN CHATILA, | James Peter Linder |
| JEANETTE CHATILA, | Matt Gould |
| M & J CARPET CLEANING PARTNERSHIP, | Elizabeth Tirks |
| M & J CARPET CLEANING, INC., | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  STATUS CONFERENCE**
**Court in session:     8:54 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Motion to Amend Complaint, doc #[9], filed 2/1/2011.

Discussion regarding the Motion to Stay Procedural Schedule Pending Rulings on Outstanding Motions, doc #[17], filed 2/4/2011.

**Recess for counsels' off record discussion:  9:36 a.m.**
**Court in session:     10:13 a.m.**

Mr. Petty makes an oral motion to withdraw the Motion to Amend Complaint, filed on February 1, 2011.

**ORDERED:**  Plaintiffs' oral motion to withdraw the Motion to Amend Complaint is **GRANTED.**  The Motion to Amend Complaint, doc #[9] is **WITHDRAWN WITHOUT PREJUDICE** to Plaintiffs' rights to file a new Amended Complaint within 8 days of today's date.

Mr. Gould makes an oral motion to withdraw the motions to dismiss, doc #[4], #[5], #[6], #[14], #[15], and #[16].

**ORDERED:**  Defendants' oral motion to withdraw the motions to dismiss, doc #[4], #[5], #[6], #[14], #[15], and #[16] is **GRANTED**.  The Motions to Dismiss, doc #[4], #[5], #[6], #[14], #[15], and #[16], are **WITHDRAWN WITHOUT PREJUDICE** to Defendants' rights to file appropriate responses to an anticipated new Amended Complaint, and **WITHOUT PREJUDICE** to the Defendants' rights to seek leave to renew these motions should Plaintiff not actually file a new Amended Complaint.

**ORDERED:**  The current Defendants named in the new Amended Complaint must respond, under Rule 12, within 20 days of the filing of the new Amended Complaint.  Any newly named Defendants will have 20 days after service to respond.

**ORDERED:**  A further Telephonic Status Conference is set for **9:15 a.m. on MARCH 24, 2011** to discuss how this matter should proceed.  *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

**ORDERED:**  All pretrial proceedings, with the exception of Responses due under Rule 12, will be **STAYED** until the Telephonic Status Conference on March 24, 2011.

*In light of the rulings made on the record, it is hereby*

**ORDERED:**  The Motion to Stay Procedural Schedule Pending Rulings on Outstanding Motions, doc #[17] is **MOOT**.

HEARING CONCLUDED.

**Court in recess:**     10:27 a.m.
Total time in court:    00:56