**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02819-WDM-CBS

ZAYED OBEIDAT and
JAMILEH OBEIDAT
    Plaintiffs,

v.

MARWAN CHATILA
JEANETTE CHATILA,
M&J CARPET CLEANING PARTNERSHIP,
M&J CARPET CLEANING, INC.,
GREGORY BELL, and
BELL, GOULD AND SCOTT, P.C.
    Defendants.

_____

ENTRY OF APPEARANCE OF ELIZABETH A. TIARKS AS COUNSEL FOR
DEFENDANTS MARWAN CHATILA, JEANETTE CHATILA,
M&J CARPET CLEANING PARTNERSHIP, and M&J CARPET CLEANING, INC.
_____

The undersigned attorney hereby enters her appearance as counsel for Defendants Marwan Chatila, Jeanette Chatila, M&J Carpet Cleaning Partnership, and M&J Carpet Cleaning, Inc. Please serve all future pleadings, orders and communication in this matter on the undersigned at the following address:

        Elizabeth A. Tiarks
        Cline Williams
          Wright Johnson & Oldfather, L.L.P.
        330 South College Ave., Suite 300
        Fort Collins, Colorado 80524
        Telephone: (970) 221-2637
        Fax: (970) 221-2638
        etiarks@clinewilliams.com

Respectfully submitted this 16th day of March 2011.

/s/ Elizabeth A. Tiarks

Elizabeth A. Tiarks, #42746
Cline Williams
 Wright Johnson & Oldfather, L.L.P.
330 South College Ave., Suite 300
Fort Collins, Colorado 80524
Telephone: (970) 221-2637
Fax: (970) 221-2638
etiarks@clinewilliams.com
Attorneys for Defendants
MARWAN CHATILA,
JEANETTE CHATILA,
M&J CARPET CLEANING PARTNERSHIP,
M&J CARPET CLEANING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Eric Hayes Petty | eric.petty@rmlegalcounsel.com |
| Gregory S. Bell | gbell@bell-law.com,  ddonahue@bell-law.com |
| J. Peter Linder | Plinder@bell-law.com |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

None.

/s/ Elizabeth A. Tiarks
Elizabeth A. Tiarks

ND: 4821-3026-6633, v. 1