**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-02819-WDM-CBS

ZAYED OBEIDAT and
JAMILEH OBEIDAT
    Plaintiffs,

v.

MARWAN CHATILA,                                JURY TRIAL DEMANDED
JEANETTE CHATILA,
M & J CARPET CLEANING PARTNERSHIP,
M & J CARPET CLEANING, INC,
GREGORY BELL, and
BELL, GOULD AND SCOTT, P.C.
    Defendants.

---

### MOTION TO AMEND COMPLAINT
---

Plaintiffs Zayed Obeidat and Jamileh Obeidat, by and through their attorney of record, Eric Hayes Petty, respectfully request that the Court grant Plaintiffs' motion to further amend their complaint.

### PROCEDURAL POSTURE

Plaintiffs have filed an amended complaint (Doc. # 23).  Defendants Marwan Chatila, Jeanette Chatila, M & J Carpet Cleaning Partnership and M & J Carpet Cleaning, Inc. have filed a Motion to Dismiss the Amended Complaint (Doc. # 28).  Defendant Marwan Chatila has filed an Answer to Claim Three of the Amended Complaint (Doc. # 29).  Defendants Gregory Bell

and Bell, Gould and Scott, P.C. have filed a separate Motion to Dismiss the Amended Complaint (Doc. # 30).

### STATEMENT OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A

Plaintiff's attorney certifies that he has consulted with Defendants' counsels and has made reasonable, good faith efforts to resolve the disputed matter. Defendants Marwan Chatila, Jeanette Chatila, M & J Carpet Cleaning Partnership, and M & J Carpet Cleaning, Inc. oppose Plaintifffs' Motion to Amend. Defendants Gregory Bell and Bell, Gould and Scott, P.C. have not yet taken a position regarding Plaintiffs' Motion to Amend.

### STANDARD OF REVIEW

"The court should freely give leave [to amend] when justice so requires." FED. R. CIV. P. 15(a)(2). *See also Foman v. Davis*, 371 U.S. 178, 182 (1962); *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1204-11 (10th Cir. 2006) (collecting cases).

### ARGUMENT

Plaintiffs beg the Court's leave to further amend their complaint, Doc # 23.

Plaintiffs' Second Amended Complaint adds an introductory narrative to improve readability, and makes other minor changes.

Plaintiffs' Second Amended Complaint removes claims five and six of the Amended Complaint (for securities fraud) because the statute of limitations likely has expired. *See* COLO. REV. STAT. § 11-51-604(8).

Plaintiffs' Second Amended Complaint changes the relief requested to include dissolution of the Corporation or payment of fifty percent (50%) of its value to Plaintiffs, as

described in the original Amendment to Partnership Agreement for M & J Carpet Cleaning ¶ 11 (Doc. # 28-1).

Dated: April 12, 2011

                                                  Respectfully submitted,

                                                  /s/ Eric Hayes Petty
Eric Hayes Petty, CO 41460
Rocky Mountain Legal Counsel, P.C.
2000 S. College Ave, Suite 220
Fort Collins, CO 80525-1484
(970) 416-7652
eric.petty@rmlegalcounsel.com

Attorney for
Zayed Obeidat and
Jamileh Obeidat
PO Box 2449
Irbid, Jordan
Phone: 0096227101109

## CERTIFICATE OF SERVICE

I, Eric Hayes Petty, hereby certify that a true copy of the foregoing RESPONSE TO MOTIONS TO DISMISS AND MOTION TO AMEND COMPLAINT was filed with the Court and served upon Marwan Chatila, Jeanette Chatila, M & J Carpet Cleaning Partnership, M & J Carpet Cleaning, Inc., Gregory Bell, and Bell, Gould and Scott, P.C. via ECF on the 12th day of April, 2011.

/s/ Eric Hayes Petty

Eric Hayes Petty