IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 10-cv-02819-WDM-CBS         FTR - Reporter Deck-Courtroom A402
Date: April 22, 2011                                       Courtroom Deputy: Laura Galera

*Parties:*                                                             *Counsel:*

ZAYED OBEIDAT, and                                  Eric Petty
JAMILEH OBEIDAT,

    Plaintiffs,

v.

MARWAN CHATILA,                                     Elizabeth Tiarks
JEANETTE CHATILA,                                    Tracy Oldemeyer
M & J CARPET CLEANING PARTNERSHIP,
M & J CARPET CLEANING, INC.,
GREGORY BELL, and                                    Tory Riter
BELL, GOULD, AND SCOTT, P.C.,            Katherine Vaughn
actually named as Bell, Gould and Scott P.C.,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 10:46 a.m.
Court calls case.  Appearances of counsel.

Court addresses the parties regarding the current motions to dismiss and the amended complaint.

**ORDERED:**  Motion to Amend Complaint [36] is GRANTED.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:  **June 3, 2011.**

Discovery Cut-off: **September 23, 2011.**

Dispositive Motions deadline: **October 21, 2011.**

Parties shall designate affirmative experts **on or before August 1, 2011.**

Parties shall designate rebuttal experts **on or before September 1, 2011.**

Each discrete group of parties may take ten (10) depositions and may serve twenty-five (25) interrogatories, including discrete subpart, on any other group of parties. No person or party may be deposed more than once without leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**FINAL PRETRIAL CONFERENCE** is set for **December 15, 2011 at 10:45 a.m.**
Final Pretrial Order is due **no later than SEVEN DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a three to four day trial to jury if trial is not bifurcated.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess: 12:06 p.m.**
Total time in court:    01:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.