**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02819-WDM-CBS

ZAYED OBEIDAT and
JAMILEH OBEIDAT
    Plaintiffs,

v.

MARWAN CHATILA
JEANETTE CHATILA,
M & J CARPET CLEANING PARTNERSHIP,
M & J CARPET CLEANING, INC.,
GREGORY BELL, and
BELL, GOULD AND SCOTT, P.C.
    Defendants.

---

### JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

---

Defendants Marwan Chatila, Jeanette Chatila, M & J Carpet Cleaning Partnership, and M & J Carpet Cleaning, Inc.; Defendants Gregory Bell, and Bell, Gould and Scott, P.C.; and Plaintiffs Zayed Obeidat and Jamileh Obeidat (collectively, "Parties"), by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 26(c), jointly move the Court to enter the Stipulated Protective Order attached hereto as Exhibit A to safeguard from disclosure certain confidential and non-public information exchanged and/or utilized by the Parties in this litigation. In support of their Joint Motion, the Parties state as follows:

    1.    It is anticipated that certain materials exchanged in the course of initial disclosures and discovery and other materials utilized by the Parties in these proceedings will contain private,

confidential, proprietary, privileged and/or non-public information.  The Parties agree that these documents require appropriate protection.

2. The Parties have prepared a proposed Stipulated Protective Order, which has been signed by counsel for the respective parties and is submitted herewith as <u>Exhibit A</u>.  This proposed Stipulated Protective Order provides an appropriate method to protect the aforementioned confidential information from disclosure.

3. For the reasons set forth above, the Parties request that the Court enter the proposed Stipulated Protective Order.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Stipulated Protective Order and grant them such other and further relief as the Court finds just or proper.

Dated this 17th day of May 2011.

| Attorneys for Defendants | Attorneys for Plaintiffs |
|---|---|
| MARWAN CHATILA, | ZAYED OBEIDAT |
| JEANETTE CHATILA, | JAMILEH OBEIDAT |
| M & J CARPET CLEANING PARTNERSHIP, | |
| M & J CARPET CLEANING, INC. | |
| /s/ Tracy Oldemeyer | /s/ Eric Hayes Petty |
| Tracy A. Oldemeyer, #28246 | Eric Hayes Petty |
| Elizabeth A. Tiarks, #42746 | Rocky Mountain Legal Counsel, P.C. |
| Cline Williams | 2000 S. College Ave., Suite 220 |
| Wright Johnson & Oldfather, L.L.P. | Fort Collins, CO 80525-1484 |
| 330 South College Ave., Suite 300 | Telephone: (970) 416-7652 |
| Fort Collins, Colorado 80524 | eric.petty@rmlegalcounsel.com |
| Telephone: (970) 221-2637 | |
| Fax: (970) 221-2638 | |
| toldemeyer@clinewilliams.com | |
| etiarks@clinewilliams.com | |

                                            Counsel for Defendants
                                            GREGORY BELL, and
                                            BELL, GOULD and SCOTT, P.C.

/s/    Tory Riter
Robert M. Baldwin, Esq.
Tory D. Riter, Esq.
Katherine L. Vaughn, Esq.
Baldwin Morgan & Rider, PC
1512 Larimer Street, Suite 450
Denver, CO 80202
Telephone: (303) 623-1832
Email: rob@bmrpc.com;
tory@bmrpc.com;
katherine@bmrpc.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Eric Hayes Petty                eric.petty@rmlegalcounsel.com

    Tory Riter                           tory@bmrpc.com

    Katherine L. Vaughn            katherine@bmrpc.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    None.

                                            /s/    Tracy Oldemeyer
                                            Tracy Oldemeyer

ND: 4821-8418-3049, v. 2