IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02819-WDM-CBS

ZAYED OBEIDAT, and
JAMILEH OBEIDAT,

      Plaintiffs,

v.

MARWAN CHATILA,
JEANETTE CHATILA,
M&J CARPET CLEANING PARTNERSHIP, and
M&J CARPET CLEANING, INC.,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that the Joint Motion for Stipulated Protective Order (*doc # 45*) filed May 17, 2011, is GRANTED. The proposed Stipulated Protective Order (*doc # 45-1*) is accepted by the court.

      The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**      May 23, 2011