**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02819-WDM-CBS

ZAYED OBEIDAT and
JAMILEH OBEIDAT
    Plaintiffs,

v.

MARWAN CHATILA,                                JURY TRIAL DEMANDED
JEANETTE CHATILA,
M & J CARPET CLEANING PARTNERSHIP,
M & J CARPET CLEANING, INC,
GREGORY BELL, and
BELL, GOULD AND SCOTT, P.C.,
    Defendants.

---

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiffs Zayed Obeidat and Jamileh Obeidat, by and through their attorney of record, Eric Hayes Petty, respectfully move the Court to amend the scheduling order in this case and extend the time to add additional parties until August 1, 2011.

**ARGUMENT**

Plaintiffs have recently discovered evidence that may link a former partner of defendant Gregory Bell to the creation of the document "Amendment to Partnership Agreement for M & J Carpet Cleaning." This document is central to plaintiffs' case and the claim of fraud brought against Gregory Bell, the law firm Bell, Gould and Scott, P.C., and Marwan Chatila.

Plaintiffs would like the ability to add the former partner as a defendant if discovery establishes that he was involved in the creation of the document or the perpetration of the fraud. The Scheduling Order allows plaintiffs until June 3, 2011 to add additional parties. Plaintiffs respectfully ask the Court to modify the scheduling order to allow plaintiffs until August 1, 2011 to add additional parties.

### STATEMENT OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A

Plaintiff's attorney certifies that he consulted with Defendants' counsels, who stated that they have no objection to Plaintiffs' request to extend the deadline for Plaintiffs to add parties to August 1, 2011.

Dated:  June 3, 2011

Respectfully submitted,

/s/ Eric Hayes Petty
Eric Hayes Petty, CO 41460
Rocky Mountain Legal Counsel, P.C.
2000 S. College Ave, Suite 220
Fort Collins, CO 80525-1484
(970) 416-7652
eric.petty@rmlegalcounsel.com

## CERTIFICATE OF SERVICE

I, Eric Hayes Petty, hereby certify that a true copy of the foregoing MOTION TO AMEND SCHEDULING ORDER was filed with the Court and served upon Marwan Chatila, Jeanette Chatila, M & J Carpet Cleaning Partnership, M & J Carpet Cleaning, Inc., Gregory Bell, and Bell, Gould and Scott, P.C. via ECF on the 3rd day of June, 2011.

/s/ Eric Hayes Petty

Eric Hayes Petty